IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 21-2036 T
(Judge Zachary N. Somers)

YOUNGSUN KOH,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

MOTION FOR LEAVE TO FILE JOINT STATUS REPORT

Pursuant to RCFC 7(b)(1), the parties hereby submit this motion for leave to file their joint status report.

The Court's order of March 25, 2024 (doc. # #24) directed the parties to file a joint status report "on or before May 24, 2024," . . . "updating the Court regarding the progress of settlement finalization" unless a stipulation of dismissal has been filed.  A stipulation of dismissal has not been filed.  Through inadvertence, the parties missed the deadline for the filing of their next joint status report by May 24, 2024.  Accordingly, the parties hereby respectfully move for this Court's leave to file out of time their joint status report attached to this filing.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| May 29, 2024 | */s/ Jeffrey H. Schechter*<br>JEFFREY H. SCHECHTER<br>Attorney of Record<br>Cole Schotz<br>25 Main Street P.O. Box 800<br>Hackensack, NJ 07602-0800<br>Phone: 201-525-6315<br>Fax: 201-678-6315<br>Email: JSchechter@coleschotz.com<br><br>Counsel for Plaintiff |
| May 29, 2024 | */s/ Katherine R. Powers*<br>KATHERINE R. POWERS<br>Attorney of Record<br>U.S. Department of Justice<br>Tax Division<br>Court of Federal Claims Section<br>Post Office Box 26<br>Ben Franklin Post Office<br>Washington, D.C. 20044<br>(202) 514-1919 (phone)<br>(202) 514-9440 (facsimile)<br>Katherine.Powers@usdoj.gov<br><br>DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br>DAVID I. PINCUS<br>Chief, Court of Federal Claims Section<br>MARY M. ABATE<br>Assistant Chief, Court of Federal Claims Section<br>ANDI M. HAMMACK<br>Trial Attorney<br><br>*/s/ Mary M. Abate*<br>Of Counsel |