IN THE UNITED STATES COURT OF FEDERAL CLAIMS

_____

No. 21-2036 T
(Judge Zachary N. Somers)

YOUNGSUN KOH,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

_____

JOINT STATUS REPORT

_____

Pursuant to the Court's Order of July 20, 2023, (doc. # 16) the parties herewith submit

this joint status report.  On February 28, 2023, the United States Supreme Court issued its

decision in *Bittner v. United States*, No. 21-1195, 215 L. Ed. 2d 1, 143 S. Ct. 713, 725 (2023).

Based on the result in *Bittner,* the Internal Revenue Service accepted defendant's counsel's

proposed resolution, and an authorized delegate of the United States Attorney General approved

the resolution.

As reported in prior joint status reports, the Tax Division has authorized the Internal

Revenue Service to process the terms of the resolution.  Since the parties' last joint status report

of March 25, 2024, plaintiff has worked with the Internal Revenue Service to effectuate the

updating of plaintiff's relevant account transcripts to reflect recent payments so that the

resolution may be entered.  The parties are working together to resolve the issues, and have made

substantial progress at this point, but they believe that final resolution will take several more

weeks.

1

The parties respectfully propose that the Court require the parties to file a Joint Status Report in 60 days if a joint stipulation of dismissal with prejudice is not filed with the Court before then.

Respectfully submitted,

May 29, 2024

/s/ Jeffrey H. Schechter
JEFFREY H. SCHECHTER
Attorney of Record
Cole Schotz
25 Main Street P.O. Box 800
Hackensack, NJ 07602-0800
Phone: 201-525-6315
Fax: 201-678-6315
Email: JSchechter@coleschotz.com

Counsel for Plaintiff

May 29, 2024

/s/ Katherine R. Powers
KATHERINE R. POWERS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 514-1919 (phone)
(202) 514-9440 (facsimile)
Katherine.Powers@usdoj.gov

DAVID A. HUBBERT
Deputy Assistant Attorney General
DAVID I. PINCUS
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section
ANDI M. HAMMACK
Trial Attorney

/s/ Mary M. Abate
Of Counsel