# In the United States Court of Federal Claims

No. 21-2036 T

(Filed: May 30, 2024)

```
* * * * * * * * * * * * * * * * *  *
                                   *
                                   *
YOUNGSUN KOH,                      *
                                   *
                                   *
              Plaintiff,           *
                                   *
     v.                            *
                                   *
                                   *
THE UNITED STATES,                 *
                                   *
                                   *
              Defendant.           *
                                   *
* * * * * * * * * * * * * * * * *  *
```

## ORDER

      The parties moved on May 29, 2024, to both file a joint status report out of time and file another joint status report in sixty days. ECF Nos. 25, 25-1. Explaining their failure to file the first joint status report by the Court-appointed date, the parties cited "inadvertence." ECF No. 25 at 1. They also reported that "[s]ince the parties' last joint status report of March 25, 2024, plaintiff has worked with the Internal Revenue Service to effectuate the updating of plaintiff's relevant account transcripts to reflect recent payments so that the [parties' settlement] may be entered," upon which they made "substantial progress." ECF No. 25-1 at 1. As the parties required more time to effectuate the settlement, however, they suggested filing another status report in sixty days. *Id.*

      For good cause shown, the parties' motion to file out of time is **GRANTED**. In addition, the parties shall file a joint status report updating the Court regarding the progress of settlement finalization on or before **July 29, 2024**, unless a stipulation of dismissal has been filed before then.

**IT IS SO ORDERED**.

 

s/ Zachary N. Somers  
Zachary N. Somers  
Judge